**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2011

GREGORY C. LANGHAM
                                    CLERK

Civil Action No. 11-cv-01520-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

LARRY GORDON,

      Applicant,

v.

JOHN HICKENLOOPER, Governor of the State of Colorado,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241 and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 in a Habeas Corpus Action.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Applicant files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)   __X__   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __X__   is missing an original signature by the prisoner

(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or
          habeas application
(9)   __   An original and a copy have not been received by the court.
          Only an original has been received.
(10)  X    other: Account statement is necessary only if $5.00 filing fee is not paid in
          advance.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court.  Only an
          original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been
          received by the court.
(18)  __   names in caption do not match names in text
(19)  X    other: The only proper Respondent in a habeas corpus action is
          Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within
thirty (30) days from the date of this order**.  Any papers which the Applicant files in
response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together
with a copy of this order, two copies of the following forms: Prisoner's Motion and
Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action
and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated
deficiencies **within thirty (30) days from the date of this order**, the application and
the action will be dismissed without further notice.  The dismissal shall be without

2

prejudice.

DATED June 16, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-01520-BNB

Larry Gordon
Prisoner No.  53405
Limon Correctional Facility
49030 Colorado 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on June 16, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk