IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1520-BNB

LARRY GORDON,

    Applicant,

v.

ANGEL MEDINA, Warden at Limon Facility,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's request for subpoena forms and other discovery (Doc. # 10) filed on July 18, 2011 is DENIED as premature.

    Dated: July 25, 2011