IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1520-LTB

LARRY GORDON,

    Applicant,

v.

ANGEL MEDINA, Warden at Limon Facility, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO], JOHN W. SUTHERS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion Requesting Transmission of the United States District Court's Records" (Doc. # 23) and Motion Requesting "Certificate of Probable Cause to Appeal" (Doc. # 28) are DENIED as unnecessary.

    Dated:  October 28, 2011